# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE PACHECO, <br><br> Plaintiff, <br><br> v. <br><br> POCONO MEDICAL CENTER, <br><br> Defendant. | NO. 3:16-CV-02461 <br><br> (JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 23rd day of January, 2018, **IT IS HEREBY ORDERED** that:

(1) Defendant Pocono Medical Center's Motion to Dismiss the Amended Complaint (Doc. 21) is **DENIED**.

(2) Pocono Medical Center shall file its Answer to the Amended Complaint within **twenty-one (21) days** from the date of entry of this Order.

                                                   /s/ A. Richard Caputo  
                                                   A. Richard Caputo  
                                                   United States District Judge